AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

D. Bradley Crow

               V.                       **JUDGMENT IN A CIVIL CASE**

Judy Walsh, et al.

                          **CASE NUMBER:**   07CV1767-JAH(WMC)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is sua sponte dismissed for failure to state a claim upon which relief may be granted and the motion to proceed in forma pauperis is denied as mootl.

| September 11, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                       s/J. Petersen

                                                       (By) Deputy Clerk

                                                       ENTERED ON September 11, 2007

07CV1767-JAH(WMC)

Dockets.Justia.com