AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

D. Bradley Crow

              V.                    **JUDGMENT IN A CIVIL CASE**

Judy Walsh, et al.

                             **CASE NUMBER:**   07CV1767-JAH(WMC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is sua sponte dismissed for failure to state a claim upon which relief may be granted and the motion to proceed in forma pauperis is denied as mootl.

| September 11, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                          s/J. Petersen
                                                        (By) Deputy Clerk
                                                        ENTERED ON September 11, 2007